### 14422. WATSON *v.* THE STATE.

BLOODWORTH, J. The defendant was convicted of simple larceny on circumstantial evidence which did not "exclude every other reasonable hypothesis save that of the guilt of the accused." The trial judge erred in overruling the motion for a new trial.

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 15, 1923.

Indictment for larceny of hog; from Laurens superior court — Judge Kent. January 31, 1923.

*W. A. Dampier,* for plaintiff in error.

*E. L. Stephens,* solicitor-general, contra.